## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| **Chambers of**<br>Richard D. Bennett<br>**United States District Judge**<br>**Northern Division** | **U.S.Courthouse - Chambers 5D**<br>101 W. Lombard Street<br>Baltimore, MD 21201<br>Tel:  410-962-3190<br>Fax: 410-962-3177 |

May 7, 2020

### LETTER ORDER

TO: COUNSEL OF RECORD

    RE:    *USA v. Dewan Parents*
             Criminal No. RDB-17-0440

Dear Counsel:

This will confirm that the Scheduling Order is REVISED as follows:

**Pretrial Conference**         **September 16, 2020 at 4:30 p.m.**

**Jury Trial**         **September 21, 2020 at 9:30 a.m.**

Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

                Sincerely,

                  /s/

                Richard D. Bennett
                United States District Judge